1  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
2  Allison B. Moser (SBN 223065) amoser@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California  94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

JS-6

5  Attorneys for Defendants
   REGIS CORPORATION and
6  SUPERCUTS CORPORATE SHOPS, INC,
   (Erroneously sued herein as "Supercuts Corporate Stores, Inc.")
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 DORIS MILLER, on behalf of herself,  )  Case No. CV 07-4587 GW (AJWx)
   the general public and as an "aggrieved )
12 employees" under the California Labor )  **JUDGMENT**
   Code Private Attorneys General Act,   )
13                                        )
14                                        )
            Plaintiff,                    )
15                                        )
       v.                                 )
16                                        )
17 THE REGIS CORPORATION, and            )
   SUPERCUTS CORPORATE STORES,           )
18 INC.,                                  )
19                                        )
            Defendants.                   )
20                                        )
                                          )
21
   ─────────────────────────────────────
22
23      The motion for summary judgment filed by Defendants Regis Corporation

24 and Supercuts Corporate Shops, Inc. was submitted to this court, the Honorable

25 George Wu presiding.  By order dated June 11, 2008, the Court granted

26 Defendants' motion for summary judgment as to all of the claims in the complaint

27 and ruled that Plaintiff's  motion for class certification is moot, thereby disposing

28 of all issues in the case.

1    It is ordered and adjudged that the Plaintiff take nothing, that the action be
2  dismissed on the merits and that Defendants Regis Corporation and Supercuts
3  Corporate Shops, Inc. recover their costs.

4    IT IS SO ORDERED.

6  Date:   June 30, 2008              _____
7                                        United States District Judge

-2-

SF1 28326998.1 / 24210-000075

[Proposed] JUDGMENT
Case No.: CV 07-4587 GW