1   SEYFARTH SHAW LLP
    Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
2   Allison B. Moser (SBN 223065) amoser@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California  94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549             J S - 6

5   Attorneys for Defendants
    REGIS CORPORATION and
6   SUPERCUTS CORPORATE SHOPS, INC,
    (Erroneously sued herein as "Supercuts Corporate Stores, Inc.")

7

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11   DORIS MILLER, on behalf of herself,   )   Case No. CV 07-4587 GW (AJWx)
    the general public and as an "aggrieved   )
12   employees" under the California Labor   )   **JUDGMENT**
    Code Private Attorneys General Act,   )
13                                  )

14                  )
               Plaintiff,             )
15                                    )

16        v.                     )
                                   )
17   THE REGIS CORPORATION, and     )
    SUPERCUTS CORPORATE STORES,   )
18   INC.,                           )
19                                    )
               Defendants.        )
20                                    )

21

22   _____

23         The motion for summary judgment filed by Defendants Regis Corporation

24   and Supercuts Corporate Shops, Inc. was submitted to this court, the Honorable

25   George Wu presiding.  By order dated June 11, 2008, the Court granted

26   Defendants' motion for summary judgment as to all of the claims in the complaint

27   and ruled that Plaintiff's  motion for class certification is moot, thereby disposing

28   of all issues in the case.

1        It is ordered and adjudged that the Plaintiff take nothing, that the action be

2   dismissed on the merits and that Defendants Regis Corporation and Supercuts

3   Corporate Shops, Inc. recover their costs.

4        IT IS SO ORDERED.

5

6        Date:   June 30, 2008                    _____

7                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-