**FILED**

UNITED STATES COURT OF APPEALS

NOV 02 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DORIS MILLER, on behalf of herself, the general public and as an "aggrieved employees" under the California Labor Code Private Attorney General Act,<br><br>      Plaintiff - Appellant,<br><br>  v.<br><br>THE REGIS CORPORATION; et al.,<br><br>      Defendants - Appellees. | No. 08-56088<br><br>D.C. No. 2:07-cv-04587-GW-AJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before:  BRIGHT, BYBEE and M. SMITH, Circuit Judges.

Plaintiff -Appellant's motion to continue the oral argument scheduled for

November 6, 2009, in Pasadena, California, is DENIED.  FED. R. APP. P. 34(b);

9TH CIR. R. 34-2.